[No. 1298-1.    Division One—Panel 2.    June 12, 1972.]

THE STATE OF WASHINGTON, *Respondent,* v. TERRENCE ROBERT SULLIVAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 57401, Lloyd Shorett, J., entered October 15, 1971. *Affirmed* by unpublished opinion per Farris, A.C.J., concurred in by Swanson and Petrie, JJ.

[No. 1190-1.    Division One—Panel 1.    June 19, 1972.]

ARTHUR EUGENE WAKE, *Appellant,* v. BARBARA ANN WAKE, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. D-15655, Story Birdseye, J., entered June 2, 1971. *Affirmed* by unpublished opinion per Williams, J., concurred in by Horowitz, C.J., and Callow, J.

[No. 917-1.    Division One—Panel 1.    June 19, 1972.]

BERKHEIMERS, INC., *Appellant,* v. JACK BRUMBAUGH *et al., Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 716657, Edward E. Henry, J., entered October 16, 1970. *Affirmed* by unpublished opinion per Callow, J., concurred in by Horowitz, C.J., and Williams, J.

[No. 1243-1.    Division One—Panel 2.    June 19, 1972.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL LEWIS, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 7870, Byron L. Swedberg, J., entered August 20, 1971. *Remanded* by unpublished opinion per Swanson, J., concurred in by Farris, A.C.J., and Williams, J.